NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALPHONSO JAMES, SR., DOC #081362,   )
                                    )
              Appellant,            )
                                    )
v.                                  )        Case No.  2D17-5160
                                    )
STEPHEN B. RUSSELL, STATE           )
ATTORNEY,                           )
                                    )
              Appellee.             )
_____ )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Lee
County; John E. Duryea, Jr., Judge.

Alfonso James, Sr., pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


BLACK, SLEET, and SALARIO, JJ., Concur.